# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br><br>Plaintiff, )<br><br>v. )<br><br>WAL-MART STORES, EAST, LP, )<br><br>Defendant. ) | Civil Action No. 18-1314 (RMC) |

## ORDER

For the reasons stated in the Memorandum Opinion issued contemporaneously with this Order, it is hereby

**ORDERED** that Wal-Mart's Motion to Dismiss, Dkt. 5, is **GRANTED**; and it is

**FURTHERED ORDERED** that the Complaint, Dkt. 1, is dismissed without prejudice.

Date: October 25, 2018

ROSEMARY M. COLLYER
United States District Judge